IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON A. BRANUM,<br><br>    Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, DIANE BARNETT, TERRY BUTTERFIELD, TERRY M. WILLIAMS, and THOMAS BARTLEY, JR.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-2801-AT |

### ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by the Magistrate Judge to whom this case was referred for mediation that the action has settled. Therefore, it is not necessary for this action to remain on the Court's calendar or active docket.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next **THIRTY (30) DAYS**, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this

order of dismissal and to reopen the action, if necessary.  If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 16th day of December, 2022.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**